**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 4604 |
| Dwayne Ross and Rayveast Hawkins Ross, Plaintiffs<br>      v.<br>GMAC Mortgage, LLC, etc., et al., Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   GMAC MORTGAGE, LLC and
   HOMECOMINGS FINANCIAL, LLC

| |
|---|
| NAME (Type or print)<br> Thomas J. Cunningham |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Thomas J. Cunningham |
| FIRM<br> Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS<br> 111 South Wacker Drive |
| CITY/STATE/ZIP<br> Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6215928 | 312-443-1731 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐