**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 4604 |
|---|---|

Dwayne Ross and Rayveast Hawkins Ross, Plaintiffs
   v.
GMAC Mortgage, LLC, etc., et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   GMAC MORTGAGE, LLC and
   HOMECOMINGS FINANCIAL, LLC

| NAME (Type or print) |
|---|
| Simon Fleischmann |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Simon Fleischmann |

| FIRM |
|---|
| Locke Lord Bissell & Liddell LLP |

| STREET ADDRESS |
|---|
| 111 South Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6274929 | 312-443-0462 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐