# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DWAYNE ROSS and RAYVEAST HAWKINS ROSS, )
                                                         )
      Plaintiffs, )
                                                         )
   v.                                                  )   Case No. 08 C 4604
                                                         )
GMAC MORTGAGE, LLC, doing business as GMAC )   Judge St. Eve
MORTGAGE RESCAP; HOMECOMINGS )
FINANCIAL NETWORK, INC.; HOMECOMINGS )   Magistrate Judge Valdez
FINANCIAL, LLC; MORTGAGE ELECTRONIC )
REGISTRATION SYSTEMS, INC.; and DOES 1-5, )
                                                         )
     Defendants. )

**AGREED MOTION TO EXTEND**
**TIME TO ANSWER OR OTHERWISE PLEAD**

     Defendants GMAC Mortgage, LLC and Homecomings, LLC, by their attorneys, Thomas J. Cunningham and Simon Fleischmann, move for a 30 day extension of time to answer or otherwise plead, and states as follows:

     1.     Plaintiffs' counsel has advised Defendants' counsel that he plans to file an amended complaint in this case. Defendants' responsive pleading, however, is due September 8, 2008 and the amended complaint may not be on file by that date. Counsel for the parties have agreed that, to avoid a technical default, Defendants' time to answer or otherwise plead should be extended 30 days.

     2.     No party will be prejudiced as a result of the relief sought in this motion, nor is this motion presented for delay or any other improper purpose.

     WHEREFORE, Defendants GMAC Mortgage, LLC and Homecomings, LLC respectfully requests entry of an Order extending Defendants' time to answer or otherwise plead

up to and including October 8, 2008, and granting such further relief as the Court finds just and appropriate.

|  |  |
|---|---|
| DATED:  September 5, 2008 | GMAC MORTGAGE, LLC and<br>HOMECOMINGS FINANCIAL, LLC |
|  |  |
|  | By:     /s/ Simon Fleischmann<br>         One of its attorneys |

Thomas J. Cunningham (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

CHI1 1524689v.1

## CERTIFICATE OF SERVICE

  I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on September 5, 2008.

              /s/ Simon Fleischmann