IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DWAYNE ROSS and RAYVEAST HAWKINS ROSS, )<br>)<br>      Plaintiffs  )<br>)<br>  v.  )<br>)<br>GMAC MORTGAGE, LLC, doing business as GMAC )<br>MORTGAGE RESCAP; HOMECOMINGS )<br>FINANCIAL NETWORK, INC.; HOMECOMINGS )<br>FINANCIAL, LLC; MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC.; and DOES 1-5, )<br>)<br>      Defendants  ) | Case No. 08 C 4604<br><br>Judge St. Eve<br><br>Magistrate Judge Valdez |

**NOTICE OF MOTION**

TO:    All counsel of record

      PLEASE TAKE NOTICE that on Thursday, September 11, 2008 at 8:30 a.m., I shall appear before the Honorable Judge Amy St. Eve or any judge sitting in her stead in Room 1241 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Agreed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto and hereby served upon you.

DATED: September 5, 2008        GMAC MORTGAGE, LLC and
                                                HOMECOMINGS FINANCIAL, LLC


                                                By:    /s/ Simon Fleischmann
                                                          One of its attorneys

Thomas J. Cunningham (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

CHI1 1524881v.1

## CERTIFICATE OF SERVICE

     I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on September 5, 2008.

                                              /s/ Simon Fleischmann